# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand and fifteen.

Before:       Raymond J. Lohier, Jr.,
                    *Circuit Judge.*

———————————————————————————

Mark Chapman,

Plaintiff-Appellant,

v.

Sikorsky Aircraft Corporation,

Defendant-Appellee.

———————————————————————————

**ORDER**

Docket No.  15-346

Appellant moves for an extension of time to file Forms C and D for this appeal.

IT IS HEREBY ORDERED that the Appellant is granted an extension to file the Forms until two weeks after the motion for stay of the appeal is denied, or, if granted, is lifted.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

